UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WOODY A. HARTMAN,<br><br>               Petitioner,<br><br>   v.<br><br>HUMBOLDT COUNTY SUPERIOR COURT,<br><br>               Respondent. | Case No. 16-cv-02984-MEJ (PR)<br><br>**JUDGMENT** |

Pursuant to the order of dismissal, judgment is entered in favor of respondent.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 23, 2016

_____
MARIA-ELENA JAMES
United States Magistrate Judge